[No. 24999-9-III.  Division Three.  April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN FREDRICK
REXUS, *Appellant*.

Appeal from judgments of the Superior Court for Benton
County, No. 05-1-00711-1, Carrie L. Runge and Dennis D.
Yule, JJ., entered January 24 and February 22, 2006.
*Affirmed* by unpublished opinion per Kato, J. Pro Tem.,
concurred in by Brown and Kulik, JJ.

[No. 25071-7-III.  Division Three.  April 17, 2007.]

RON GEAR ET AL., *Appellants*, v. PUBLIC UTILITY DISTRICT NO.
2 OF GRANT COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 04-2-00823-5, Kenneth L. Jorgensen, J., en-
tered February 24, 2006. *Affirmed* by unpublished opinion
per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 24688-4-III.  Division Three.  April 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ANTHONY
ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 04-1-00423-7, Vic L. VanderSchoor, J., entered
November 3, 2005. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Kulik, J., and Kato, J. Pro
Tem.

[Nos. 54160-9-I; 54161-7-I;   Division One.  April 23, 2007.]
      55360-7-I; 55361-5-I.

*In the Matter of the Dependency of* N.E.R. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. JENNIFER WILSON ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King
County, Nos. 03-7-00226-5 and 03-7-00227-3, Philip G.
Hubbard, Jr., J., entered March 23, 2004. *Affirmed* by un-
published opinion per Cox, J., concurred in by Appelwick,
C.J., and Ellington, J.